RECEIVED
IN LAKE CHARLES, LA.

DEC 04 2015

TONY R. MOORE, CLERK
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MIKEAL GLEN STINE<br>FED. REG. #55436-098 | CIVIL ACTION NO. 14-cv-451<br>SECTION P |
| VS. | JUDGE MINALDI |
| FEDERAL BUREAU OF<br>PRISONS, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc.7) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering that no objections have been filed,

**IT IS ORDERED** that the defendant's Civil Right's Complaint **IS DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, on this _2_ day of _Dec_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE